UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

        Plaintiff,                      Case Number 08-14241

v.                                                  Honorable David M. Lawson

I.C. SYSTEM, INC.,

        Defendant.

_____/

### ORDER DENYING MOTIONS FOR ATTORNEY'S FEES

On March 16, 2009, the plaintiff filed two motions, asking the Court to award him attorney's fees. Eastern District of Michigan Local Rule 7.1(a) requires a movant to seek concurrence in the relief requested before filing a motion with this Court. If concurrence is obtained, the parties then may present a stipulated order to the Court. If concurrence is not obtained, Local Rule 7.1(a)(2) requires that the moving party state in the motion that "there was a conference between the attorneys . . . in which the movant explained the nature of the motion and its legal basis and requested but did not obtain concurrence in the relief sought [ ] or . . . despite reasonable efforts specified in the motion, the movant was unable to conduct a conference." E.D. Mich. LR 7.1(a)(2).

The plaintiff does not state in his motions that concurrence was sought in the relief requested from the defendant before filing the motions. "It is not up to the Court to expend its energies when the parties have not sufficiently expended their own." *Hasbro, Inc. v. Serafino,* 168 F.R.D. 99, 101 (D. Mass. 1996). The plaintiff has filed his motions in violation of the applicable rules.

Accordingly, it is **ORDERED** that the plaintiff's motions for attorney's fees [dkt. #26 & 27]

are **DENIED**.

                                        s/David M. Lawson
                                        DAVID M. LAWSON
Dated: March 27, 2009           United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 27, 2009.

                              s/Lisa M. Ware
                              LISA M. WARE