UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

        Plaintiff,         Case Number 08-14241

v.         Honorable David M. Lawson

I.C. SYSTEM, INC.,

        Defendant.
_____/

## ORDER DENYING MOTION FOR LEAVE TO FILE LATE REPLY

The plaintiff filed a motion for attorney's fees on April 1, 2009. The defendant filed a response on April 6, 2009, in opposition. Under the local rules, reply briefs may be filed within seven days of when the response is served. E.D. Mich. LR 7.1(d)(2)(C). On April 28, 2009, after the time for filing a reply brief had passed, the plaintiff filed a motion asking that the Court allow him to file a tardy reply brief. In the motion, the plaintiff argues that there will be no prejudice to the defendant. However, the plaintiff has failed to identify any reason, much less good cause, for an extension of the time to file a reply brief. *See* Fed. R. Civ. P. 6(b)(1). Therefore, the motion will be denied.

Accordingly, it is **ORDERED** that the plaintiff's motion for leave to file late reply [dkt. #38] is **DENIED**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: May 1, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 1, 2009.

                                        s/Lisa M. Ware
                                        LISA M. WARE