UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

        Plaintiff,        Case Number 08-14241

v.        Honorable David M. Lawson

I.C. SYSTEM, INC.,

        Defendant.

_____/

## ORDER STRIKING REPLY BRIEF

On April 28, 2009, the plaintiff filed a motion for leave to file a late reply brief. He also filed the reply brief in question. The Court denied the plaintiff's motion for leave to file a reply brief out of time. Therefore, the reply brief was filed in violation of the local rules, and will be stricken.

Accordingly, it is **ORDERED** that the plaintiff's reply brief [dkt. #39] is **STRICKEN**.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: May 5, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 5, 2009.

        s/Lisa M. Ware
        LISA M. WARE