UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

                     Plaintiff,                 Case Number 08-14241

v.                                             Honorable David M. Lawson

I.C. SYSTEM, INC. and JOHN DOE,

                     Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT

       The matter is before the Court on the plaintiff's motion for leave to supplement his response to the defendants' motion to limit damages. The plaintiff seeks to draw the Court's attention to additional case law. The Court has reviewed the motion and the defendants' response, and will grant the motion.

       Accordingly, it is **ORDERED** that the plaintiffs' motion for leave to supplement [dkt. #44] is **GRANTED**.

                                     s/David M. Lawson              
                                     DAVID M. LAWSON
                                     United States District Judge

Dated: May 18, 2009

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 18, 2009.

                s/Lisa M. Ware         
                LISA M. WARE