UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

      Plaintiff,

-vs-

I.C. SYSTEM, INC., a foreign
corporation, and JOHN DOE,

      Defendants.

Case No. 2:08-cv-14241

Hon: David M. Lawson

---

**REX ANDERSON, P.C.**
Rex C. Anderson (P47068)
Attorney for Plaintiff
9459 Lapeer Road
Davison, MI 48423
Phone: (810) 653-3300
Fax: (810) 658-2510
Email: rex@andersonpc.com

**DOBBS & NEIDLE, P.C.**
Gregory R. Neidle (P59273)
Daniel J. Ammon (P50923)
Attorneys for Defendants
30150 Telegraph Road
Suite 410
Bingham Farms, MI 48025
Phone: (248) 723-9511
Fax: (248) 723-9531
Email: gneidle@dobbsneidle.com

**LAW OFFICES OF BRIAN P. PARKER, PC**
Brian P. Parker, Esq. (P48617)
Co-counsel for Plaintiff
30700 Telegraph Road
Suite 1580
Bingham Farms, MI 48025
Phone: (248) 642-6268
Email: lemonlaw@ameritech.net

---

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT BY DEFENDANTS**

NOW COME Defendants, by and though their counsel and pursuant to Fed. R. Civ. P.

68(a) hereby files Plaintiff's written notice of acceptance of Defendants' Rule 68 Offer of

Judgment and Defendants' Rule 68 Offer of Judgment, stating as follows:

1.     On May 26, 2009, Defendant served Plaintiff with Defendants' Rule 68 Offer of

Judgment.  (a copy is attached hereto as Exhibit 1).

1

2.      On May 28, 2009, Plaintiff, Robert Levander, accepted Defendant's offer of

judgment in the amount of $1,001.00.  (a copy is attached hereto as Exhibit 2).

3.      By and through this acceptance, Plaintiff is entitled to receive an entry of judgment

in this action for all claims set forth in Plaintiff's Complaint, which entry shall be in

Plaintiff's favor and against Defendants, I.C. System, Inc. and John Doe, and shall

be in the amount of $1,001.00.

4.      In accordance with the Offer of Judgment, Plaintiff is also entitled to reasonable

attorney's fees and costs.

**WHEREFORE,** Defendants request that:

a. The Clerk of the Court to enter a Judgment in this matter against Defendants and

for Plaintiff in the amount of $1,001.00; and

b. Absent agreement of the parties and upon petition by Plaintiff, the Court will

determine and enter an award of a reasonable attorney's fee and costs pursuant to 15 U.S.C.

§ 1692k and L.R. 54.1.2.


Respectfully submitted,

Dated:  June 1, 2009                           /s/ Daniel J. Ammon
                                               DOBBS & NEIDLE, PC
                                               30150 Telegraph Road, Suite 410
                                               Bingham Farms, MI 48025
                                               Phone:  (248) 723-9511
                                               Email:  dammon@dobbsneidle.com
                                               MI Bar Number P50923
                                               Attorney for Defendants

LAW OFFICES
**DOBBS & NEIDLE, P.C.**
30150 TELEGRAPH ROAD  STE. 410 • BINGHAM FARMS , MICHIGAN 48025 • 248-723-9520

3

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed a copy of the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**_Rex C. Anderson, Esq._**

**_Brian P. Parker, Esq._**

and I hereby certify that I have mailed by United States Postal Service the documents to the following non ECF participants:  **_N/A_**

Dated:  June 1, 2009

/s/ Daniel J. Ammon
DOBBS & NEIDLE, PC
30150 Telegraph Road, Suite 410
Bingham Farms, MI 48025
Phone:  (248) 723-9511
Email:  dammon@dobbsneidle.com
MI Bar Number P50923
Attorney for Defendant

LAW OFFICES
**DOBBS & NEIDLE, P.C.**
30150 TELEGRAPH ROAD  STE. 410 •  BINGHAM FARMS , MICHIGAN 48025  •  248-723-9520