UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

        Plaintiff,                Case Number 08-14241

v.                                    Honorable David M. Lawson

I.C. SYSTEM, INC. and JOHN DOE,

        Defendants.
_____/

### ORDER DENYING MOTION FOR LEAVE TO FILE SUR-REPLY

The Court set a briefing schedule to resolve the parties' dispute over the amount of attorney's fees to be awarded the plaintiff, and on June 23, 2009, the Court held a hearing on the matter. On June 25, 2009, the plaintiff filed a reply brief in support of his request for attorney's fees. The defendants now seek permission to file a sur-reply. The Court will deny the request because it finds that the issues have been fully briefed in previous submissions.

Accordingly, it is **ORDERED** that the defendants' motion for leave to file sur-reply [dkt. #71] is **DENIED**.

                                       s/David M. Lawson
                                       DAVID M. LAWSON
                                       United States District Judge

Dated: July 1, 2009

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 1, 2009.

                                       s/Lisa M. Ware
                                       LISA M. WARE