UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEVANDER,

        Plaintiff,                      Case Number 08-14241

v.                                               Honorable David M. Lawson

I.C. SYSTEM, INC. and JOHN DOE,

        Defendants.

_____/

## JUDGMENT

In accordance with the opinion and order entered on this date,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover from the defendant I.C. System, Inc., the sum of $1001, plus attorney's fees in the amount of $11,250, and costs in the amount of $2,248.45, for a total sum of $14,499.45.

                                                          s/David M. Lawson
                                                          DAVID M. LAWSON
                                                          United States District Judge

Dated:   April 25, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 25, 2011.

                                       s/Deborah R. Tofil
                                       DEBORAH R. TOFIL